James H. Weingarten
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Tel.: (202) 326-3570
Email: jweingarten@ftc.gov
*Attorney for Plaintiff Federal Trade Commission*

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **HCA HEALTHCARE, INC.,** <br><br> **STEWARD HEALTH CARE SYSTEM, LLC,** and <br><br> **RALPH DE LA TORRE, M.D.,** <br><br> **Defendants.** | **ORDER ENTERING STIPULATED TEMPORARY RESTRAINING ORDER** <br><br> Civil Action No. 2:22-cv-00375-TC <br><br> Honorable: Judge Tena Campbell |

      WHEREAS, Plaintiff Federal Trade Commission filed a Complaint in this matter on June 3, 2022, seeking to preliminarily enjoin the transaction agreed to among Defendants HCA Healthcare, Inc. ("HCA"); Steward Health Care System, LLC ("Steward"); and Ralph de la Torre, M.D. (the transaction herein referred to as the "Proposed Transaction"); and

      WHEREAS, absent entry of a temporary restraining order, Defendants would be free to consummate the Proposed Transaction after 11:59 p.m. Eastern Time on June 6, 2022; and

      WHEREAS, pursuant to Exhibit 1 attached to Plaintiff's Unopposed Motion for Entry of Stipulated Temporary Restraining Order, Plaintiff Federal Trade Commission and Defendants

HCA and Steward have agreed and stipulated to entry of a temporary restraining order in federal court stating that HCA and Steward will not consummate the Proposed Transaction until after 11:59 p.m. Eastern Time on the tenth business day after the Court rules on Plaintiff's request for a preliminary injunction filed in this Court or until after a date set by this Court, whichever is later;

Plaintiff's Motion for Entry of Stipulated Temporary Restraining Order (ECF No. 5) is **GRANTED**;

**IT IS HEREBY ORDERED** that Defendants HCA and Steward shall not consummate the Proposed Transaction until after 11:59 p.m. Eastern Time on the tenth business day after this Court rules on Plaintiffs' request for a preliminary injunction or until after a date set by this Court, whichever is later;

**IT IS FURTHER ORDERED** that in connection with the paragraph immediately above, Defendants HCA and Steward shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, the Proposed Transaction; and

**IT IS FURTHER ORDERED** that in computing any period specified in this Temporary Restraining Order, the day of the act, event, or default that triggers the period shall be excluded. The term "business day" as used in this Order refers to any day that is not a Saturday, Sunday, or federal holiday.

**SO ORDERED**, this 6th day of June, 2022

_Tena Campbell_
Tena Campbell
United States District Judge